Paul T. Trimmer, Bar Number 9291
trimmerp@jacksonlewis.com
Sarah T. Bassett, Bar Number 12326
sarah.bassett@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
*Attorneys for Defendants*
*Frias Transportation Management;*
*Virgin Valley Cab Company, Inc.; Ace Cab, Inc.;*
*A-N.L.V. Cab Co.; Union Cab Co.; and*
*Vegas-Western Cab, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TADIOS TESSEMA, INDIVIDUALLY, and as the former UNIT CHAIR of the FRIAS TRANSPORTATION BARGAINING UNIT, LOCAL 711A, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, | Case No.:  2:13-cv-01782-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| v. | (Fifth Request) |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION; LEO W. GERARD; ROBERT LaVENTURE; MANUEL ARMENTA; CHRIS YOUNGMARK; ACE CAB, INC.; UNION CAB CO.; VEGAS-WESTERN CAB, INC.; A-N.L.V. CAB CO.; VIRGIN VALLEY CAB COMPANY, INC.; FRIAS TRANSPORTATION MANAGEMENT, DOES I-X and ROES XI-XX, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.     On June 16, 2014, this Court entered its Order setting out the discovery plan and scheduling order dates (Dkt. #74).

2.     This is the fifth request by the parties to amend the Court's June 16, 2014 scheduling order.

3.     On March 9, 2016, Defendants Frias Transportation Management, Virgin Valley Cab Company, Inc., Ace Cab, Inc., A-N.L.V. Cab Co., Union Cab Co., and Vegas-Western Cab, Inc., (collectively, the "Defendants") served *via* hand delivery, a Fed. R. Civ. P. 11 letter with a Motion for Sanctions attached thereto.

4.     Plaintiff Tadios Tessema has requested additional time to respond to the Defendants' Fed. R. Civ. P. 11 letter.

5.     This extension is necessary based on counsels' schedules and the time needed for Plaintiff to respond to Defendants' letter.

6.     For the above-stated reasons, the parties request that the dispositive motion deadline be extended from March 31, 2016 to April 6, 2016, to accord time for the parties to assess the Defendants' Fed. R. Civ. P. 11 letter.

**PROPOSED SCHEDULE**

1.     **Dispositive Motions**.  The parties shall have through and including April 6, 2016 to file dispositive motions.

This stipulation is sought in good faith and not for the purpose of delay.

Dated this 31st day of March, 2016.

LAW OFFICE OF
DAN WINDER, P.C.

/s/ Dan M. Winder
Dan M. Winder
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102

*Attorneys for Plaintiffs*


GILBERT & SACKMAN,
A Law Corporation

/s/ Joshua F. Young
Joshua F. Young
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732

*Attorneys for Union Defendants*

JACKSON LEWIS P.C.

/s/ Paul T. Trimmer
Paul T. Trimmer
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendants
Frias Transportation Management;
Virgin Valley Cab Company, Inc.; Ace Cab, Inc.;
A-N.L.V. Cab Co.; Union Cab Co.; and
Vegas-Western Cab, Inc.*


**IT IS SO ORDERED.**

Cam Ferenbach, U.S. Magistrate Judge

Dated this 4th day of April, 2016